UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-cv-00222-MR

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.<br>Plaintiff,<br><br>v.<br><br>STEPHEN WOODY and DAVID FANN<br>Defendants<br><br>and<br><br>HE, INC.<br><br>Nominal Defendant. | **MOTION FOR DEFAULT JUDGMENT PURSUANT TO F.R.C.P. RULE 55** |

Plaintiff, Associated Industries Insurance Company, Inc. ("AIIC"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Rule 55 of the Federal Rules of Civil Procedure ("FRCP"), to enter a default judgment against Defendants Stephen Woody ("Woody") and David Fann ("Fann"). In support of its motion, AIIC shows the Court the following:

1. Following a jury trial in an underlying action captioned *HE, Inc. v. Stephen Woody, et al.*, No. 22CVS002497-100, General Court of Justice Superior Division, County of Buncombe, North Carolina ("Underlying Lawsuit"), a

$1,770,000 judgment (the "Judgment") was entered in favor of HE and against Defendants Stephen Woody ("Woody") and David Fann ("Fann").

2. AIIC issued a claims-made Private Company Management Liability Insurance Policy (the "Policy") to Avadim Health, Inc. ("Avadim"). Woody and Fann, as former **Directors and Officers**[1] of Avadim, are **Insureds** under the Policy.

3. Following entry of the Judgment, AIIC filed the Complaint for Declaratory Judgment in this lawsuit, seeking a declaration that the Policy does not afford coverage to Defendants Woody and Fann for the Judgment.

4. On August 29, 2025, AIIC filed a Motion for Entry of a Default Order against Woody and Fann pursuant to Rule 55(a) of the FRCP, on the basis that the record demonstrated that they failed to answer or otherwise respond to AIIC's Complaint for Declaratory Judgment. On September 2, 2025, this Court entered an order of default against Defendants Fann and Woody, finding that they failed to plead or otherwise defend this action as required by law.

5. Coverage is not available for the Judgment pursuant to the Policy's Improper Advantage Exclusion. Because the Judgment represents "a final adjudication" of Woody's and Fann's misconduct that is "connected in some way," and thus "relates to," them gaining an advantage and profit to which they were not legally entitled, the Improper Advantage Exclusion bars coverage for the Judgment

---

[1] Capitalized and bolded terms denote specifically defined terms within the Policy.

in its entirety. (ECF No. 1-4 at 20-21)

6. Even if the Improper Advantage Exclusion did not apply, which it does, $1.39 million of the Judgment constitutes restitutionary relief and $380,000 in treble damages are derivative of the restitution. Thus, the $1,770,000 Judgment is restitution, which does not qualify as **Loss** under the Policy and therefore is not covered. (ECF No. 1-4 at 18)

7. For the reasons set forth in this Motion and in AIIC's Memorandum of Law in Support of its Motion for Default Judgment, which is filed contemporaneously herewith, AIIC shows that:

    a. On September 2, 2025, this Court entered an order of default against Defendants Fann and Woody;

    b. Coverage is not available for the Judgment pursuant to the Improper Advantage Exclusion;

    c. Alternatively, coverage is not available for the Judgment because it constitutes restitutionary relief, which is not covered **Loss** under the Policy;

WHEREFORE, AIIC requests:

1. The Court grant its Motion for Default Judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure and enter a judgment against Woody and Fann; and

2. That the Court grant to AIIC such other and further relief as it deems just and proper.

Respectfully submitted, this the 24 day of September 2025.

/s/ Rafael Rivera, Jr.
Rafael Rivera, Jr. (*Admitted Pro Hac Vice*)
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 453-3879
Facsimile: (646) 588-1372
rafaelrivera@cozen.com

Charles Kinney
NC Bar ID: 41367
COZEN O'CONNOR
301 South College Street, Suite 2100
Charlotte, NC  28202
Telephone: (704) 348-3471
Facsimile: (704) 334-3351
cakinney@cozen.com

Gary L. Gassman (To be admitted *Pro Hac Vice*)
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 382-3100
Facsimile: (312) 382-8910
ggassman@cozen.com

*Attorneys for Plaintiff Associated Industries Insurance Company, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Motion for a Default Judgment was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

I further certify that on this date, a copy of the foregoing Motion for a Default Judgment has been served upon all parties to this action by forwarding a copy by first class mail, return receipt requested, addressed as follows:

Stephen Woody
36 Bump Rd.
Asheville, NC 28805
*Defendant*

David Fann
56 Stamford St., Apt. 107
Asheville, NC 28803
*Defendant*

This the 24th day of September, 2025.

                                            */s/ Rafael Rivera, Jr.*
                                              Rafael Rivera, Jr.

# CERTIFICATE IN RE: USE OF ARTIFICIAL INTELLIGENCE

I hereby certify no artificial intelligence was employed in doing the research for the preparation of this document and the Memorandum of Law filed contemporaneously herewith, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

I further certify that every statement and every citation to an authority contained in this document has and the Memorandum of Law filed contemporaneously herewith been checked by an attorney in this case and/or a paralegal working at his direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 24th day of September, 2025.

                                            */s/ Rafael Rivera, Jr.*
                                            Rafael Rivera, Jr.